AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Furgeson, William R | USDC/Texas Western | 04/12/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| active-Article III Judge | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 655 E. Durango <br> Courtroom Four <br> San Antonio, TX 78206 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Federal Judges Association |
| 2. Member, Council | Litigation Section of the State Bar of Texas |
| 3. Member, Board of Directors | Texas Center for Legal Ethics and Professionalism |
| 4. Member, Committee | Law Related Education, State Bar of Texas |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 17 A 11: 42 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R | 04/12/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Dallas Bar Association | Dallas, TX, Jan. 6-10, ontract seminar-professional assoc. (airfare) |
| 2. | Dallas Bar Association, Employment Law Section | Dallas, TX, Jan. 19-20, contract seminar-professional assoc. (airfare) |
| 3. | State Bar of Texas | Austin, TX, Jan. 20-21, professional assoc. meeting (hotel) |
| 4. | State Bar of Texas | Austin, TX, Feb. 3, contract seminar-professional assoc. (car rental, mileage) |
| 5. | Texas Tech University School of Law | Lubbock, TX, Apr. 5-7, contract seminar-professional assoc. (airfare, taxil) |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R | 04/12/2007 |

6. Federal Judges Association — Washington, DC, May 7-9, Board meeting-professional assoc. (airfare, hotel, meals)

7. University of Texas School of Law, Continuing Legal Education — Austin, TX, May 31-June 1, contract seminar-professional assoc. (hotel, parking)

8. State Bar of Texas, Litigation Section — Austin, TX, June 16, Meeting-professional assoc. (Mileage, parking)

9. Tarrant County Bar Association — Dallas, TX, Sept. 22, contract seminar-professional assoc. (airfare)

10. Texas Trial Lawyers Association — Dallas, TX, Oct. 12, contract seminar-professional assoc. (airfare, parking)

11. State Bar of Texas, Litigation Section — Marathon, TX, Oct. 13-14, Meeting professional assoc. (airfare, car rental, meal)

12. American Bar Association — Dallas, TX, Oct. 25-26, contract seminar-professional assoc. (airfare, taxi)

13. State Bar of Texas, Texas Bar CLE — Lubbock, TX, Nov. 3, contract semiar-professional assoc. (airfare, taxi)

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R | 04/12/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R | 04/12/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Accts.-Judge ▮▮▮ | | None | J | T | | | | | |
| 2. USAA Brokerage Svc. Acct. #2-▮▮ | | | | | | | | | |
| 3. -Growth & Income Fund | A | Dividend | J | | Sold | 06/30 | J | A | |
| 4. -High Yield Opp. Fund | A | Dividend | J | | Sold | 06/30 | J | A | |
| 5. -S&P 500 Index FUnd Mem.Shares | A | Dividend | J | | Sold | 06/30 | J | A | |
| 6. -Tax Exempt Intermed.-Term Fund | A | Dividend | J | | | | J | | |
| 7. -Tax Exempt Money Mkt. Fund | A | Dividend | J | T | | | J | | |
| 8. -Tax Exempt Short-Term Fund | A | Dividend | J | | | | J | | |
| 9. -Value Fund | A | Dividend | J | T | | | J | | |
| 10. USAA Bank Acct.-Judge, ▮▮▮▮ | | None | J | T | | | | | |
| 11. Trust Account #1 ▮▮▮ | | | | | | | | | |
| 12. -USAA GNMA Trust (misidentified as USAA Delayed Quote 2003) | A | Dividend | J | T | | | | | |
| 13. -USAA Growth & Income Fund | A | Dividend | K | T | | | | | |
| 14. -USAA Income Fund | A | Dividend | J | T | | | | | |
| 15. -USAA Intermed.=Term Bond Fund | B | Dividend | K | T | | | | | |
| 16. -USAA Mnoey Market Fund | A | Interest | J | T | | | | | |
| 17. -USAA S&P 500 Ind. Fund Mem.Sh. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R | 04/12/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -USAA Short-Term Bond Fund | A | Dividend | L | T | | | | | |
| 19. -USAA High Yield Opportunities Fund | A | Dividend | J | T | | | | | |
| 20. Trust Account #2- █████ | | | | | | | | | |
| 21. -USAA GNMA Trust (misidentified as USAA Delayed Quote-2003) | A | Dividend | K | T | | | | | |
| 22. -USAA Growth & Income Fund | A | Dividend | K | T | | | K | A | |
| 23. --USAA Income Fund | A | Dividend | K | T | | | K | A | |
| 24. -USAA Intermed.-Term Bod Fund | A | Dividend | L | T | | | K | A | |
| 25. -USAA Money Market Fund | A | Interest | J | T | | | | | |
| 26. -USAA S&P 500 Ind. Fnd. Mem.Sh. | A | Dividend | K | T | | | K | A | |
| 27. -USAA Short-Term Bond Fund | A | Dividend | M | T | | | | | |
| 28. -USAA High Yield Opportunities Fund | A | Dividend | J | T | Sold | 12/31 | J | A | |
| 29. Trust Account #3- █████ | | | | | | | | | |
| 30. -Am. Mutual Fund, Inc. | A | Dividend | J | T | | | | | |
| 31. -Income Fund of America, Inc. | A | Dividend | K | T | | | | | |
| 32. -Wash.Mutual Inv. Fund, Inc. | A | Dividend | J | T | | | | | |
| 33. Enterprise Prod. Ptrs. | A | Dividend | J | T | Buy | 09/30 | J | | |
| 34. Exxon Mobile | A | Dividend | J | T | Buy | 01/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R | 04/12/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust #4-███ | | | | | | | | | |
| 36. -Amer.Mutual Fund, Inc. | A | Dividend | J | T | | | | | |
| 37. -Income Fund of America, Inc. | A | Dividend | K | T | | | | | |
| 38. -Wash.Mutual Inv. Fund, Inc. | A | Dividend | J | T | | | | | |
| 39. Enterprise Prod. Ptrs. | A | Dividend | J | T | Buy | 09/30 | J | | |
| 40. Exxon Mobile | A | Dividend | J | T | Buy | 01/30 | J | | |
| 41. Wells Fargo Special Acct.-███ | A | Interest | J | T | | | | | |
| 42. USAA CD-███ | B | Interest | M | T | | | | | |
| 43. USAA Performance First Index Savings-███ | B | Interest | L | T | | | | | |
| 44. USAA Performance First Index Savings-███ | B | Interest | L | T | | | | | |
| 45. USAA Performance First Index Savings-███ | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R | 04/12/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Under Section VII, items listed on lines 3-9 and 11-45 are separate property that reporting person is handling but has no financial interest.

| Name of Person Reporting | Date of Report |
|---|---|
| Furgeson, William R | 04/12/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _04/12/07_

NOTE: ANY _____ FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544